# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WANDA FREIST-HENDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>    Defendant. | Case No. C17-1930-JPD<br><br>ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

Based on the stipulation of the parties, the Court ORDERS that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Appeals Council shall instruct the administrative law judge (ALJ) to offer plaintiff a supplemental hearing. The ALJ shall attempt to obtain all pertinent medical evidence, including treatment notes from Consejo Counseling and Referral Service; further evaluate the opinion evidence; further evaluate plaintiff's symptom allegations; and issue a new decision. Because this case was adjudicated twice by the same ALJ, a new ALJ shall be assigned upon remand.

ORDER
PAGE - 1

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d).

DATED this 9th day of August, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge